MORRIS FRIEDBERG, Respondent, v. E. W. WAGNER, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer the summons herein served upon him within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STANTON C. DICKINSON, on Behalf of Himself and Other Stockholders of ROMAN BATHS COMPANY, Similarly Situated, etc., Respondent, v. ROMAN BATHS COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the production of the books for inspection to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of EMORY J. LAUER, Appellant, to Compel WALTER C. B. SCHLESINGER, an Attorney at Law, Respondent, to Turn Over Certain Papers, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY E. SMITH, Appellant, v. HENLEE REAL ESTATE CORPORATION, Respondent.— Order so far as appealed from modified as indicated in order, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM G. GRIFFIN, Respondent, v. JOB E. HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Goldin* v. *Malone Dairy Co., Inc.* (209 App. Div. 341). Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS LEVINSON and Others, Doing Business as M. LEVINSON & SONS, Appellants, v. ABRAHAM SCHEINBERG, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

REGINA DREYFUSS, Respondent, v. BENOIT AARON DREYFUSS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of DONALD GRASSI CO., INC., Respondent, for an Order Designating an Arbitrator for JOSEPH G. SIEGEL, INC., Appellant, under a Contract between Said Parties, etc., and Directing That Arbitration Thereunder Proceed.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES GORMAN, an Infant, etc., Appellant, v. THE BARRETT COMPANY and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JESSIE RADICE, an Infant, etc., Appellant, v. P. H. KEAHON, INC., Respondent. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.